**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MATTHEW ROBERT ELMORE,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　)　　Civil Action No. 25-2243 (UNA)
　　　　　　　　　　　　　　　　　　　　)
DEPARTMENT OF MOTOR VEHICLES,　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted such that they might prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Of a Department of Motor Vehicles, plaintiff demands "all of [his] history from the DMV in all of [his] names since 1989," Compl. at 3, as well as copies of his identification, *see id*. at 4. The complaint does not identify the intended DMV, however, and it is unclear whether or how an action presumably brought against a State agency properly is before a federal district court. Nor is it plausible that the amount in controversy is "10 goZillion." *Id*. at 4.

As drafted, the complaint does not comply with Rule 8, and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.


DATE: January 2, 2026                    /s/
                                         ANA C. REYES
                                         United States District Judge